FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 APR -3 PM 4:36

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 08 - 186

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___4___ COPIES OF AO FORM 85.

___4/3/08___
(Date forms issued)

_____
(Signature of Party or their Representative)

___Ronald Stoner___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action