AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

District of Delaware

SHARENETTE HANDY HALL
Plaintiff
v.
CITY OF WILMINGTON, ET. AL
Defendant

Civil Action No. 08 - 186

## Summons in a Civil Action

To: *(Defendant's name and address)*
City of Wilmington
Franklin Ampadu, M.D.
Police Surgeon
800 N. French Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

RONALD STONER, ESQ.
1107 Polly Drummond Plaza
Newark, DE 19711

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter T. Dalleo
Name of clerk of court

Date: 04/03/2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on ____________________, by:

(1) personally delivering a copy of each to the individual at this place, ____________________ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ____________________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Franklin Ampadu MD. ; or

(4) returning the summons unexecuted to the court clerk on ____________________.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

Date: 4-4-08

[signature]
Server's signature

Frank C. Lind
Printed name and title

15 Reamer Ave Wilm DE.
Server's address