AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| SHARENETTE HANDY HALL | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 08-186 |
| CITY OF WILMINGTON, ET. AL | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
City of Wilmington
Monica Gonzalez Gillespie
Director of Personnel
800 N. French Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronald Stoner, Esq.
1107 Drummond Plaza
Newark, Delaware 19711

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter T. Dalleo
Name of clerk of court

Date:  04/03/2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _Monica Gonzales-Gillespie_____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00____.

Date: _4-4-08_____

_[signed] FK C L_
Server's signature

_Frank C. Lin_
Printed name and title

_15 Reamer Ave Wilm DE_
Server's address