**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **SHARNETTE HANDY HALL,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No. 08-186 GMS** |
| | : | **Jury Trial Demanded** |
| **v.** | : | |
| | : | |
| **CITY OF WILMINGTON, a municipal** | : | |
| **government; MONICA GONZALEZ** | : | |
| **GILLESPIE, individually and in her official** | : | |
| **capacity as the Director of Personnel for the** | : | |
| **City of Wilmington; and FRANKLIN** | : | |
| **AMPADU, M.D., individually and in his** | : | |
| **official capacity as the Police Surgeon for** | : | |
| **the City of Wilmington,** | : | |
| | : | |
| **Defendants.** | : | |

**CERTIFICATE OF SERVICE**

I, Ronald Stoner, hereby attest under penalty of perjury that on this 5th day of June 2008, I caused a copy of Plaintiff Handy's Rule 26(a) Disclosures to be served on the following counsel by electronic filing:

>Gary Lipkin, Esq.
>City of Wilmington Law Department
>Louis L. Reading City/County Bldg.
>800 French Street, 9th Floor
>Wilmington, DE 19801

RONALD STONER, P.A.

/s/   *Ronald Stoner*
Ronald Stoner, Esq. DE 2818
1107 Polly Drummond Plaza
Newark, DE 19711
(302) 369-6400
*Attorney for Plaintiff*