OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

**DATE:** June 5, 2008

**TO:** Ronald Stoner, Esq.
Ronald Stoner. P.A.

**RE:** Hall v. City of Wilmington et al; 08-CV-186 GMS

**Discovery documents in this case SHOULD NOT be filed with the Court, (D.I. 7, Initial Disclosures).**

As noted below, a document or a courtesy copy has been filed in the above noted case which *does not conform* to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices. **The Court will take no action on the filed documents:**

- ❒ Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings (e.g. Brief, Appendix).
- ❒ Courtesy copy not received by next business day.
- ❒ Redacted copy of sealed document not received within 5 business days.
- ❒ Pro Hac Vice fee not yet paid.
- ❒ The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.
- ❒ Certificate of Service not included with the document.
- **X** **Discovery document(s) erroneously filed: DI #7, will be removed from the docket**.
- ❒ 7.1.1 statement required with non-dispositive motions was not included with the document.
- ❒ Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.
- ❒ Brief exceeds the page limitations _____.
- ❒ Brief does not include a paginated table of contents/citations.
- ❒ Diskette or CD exceeds 2.5 megabytes. Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.
- ❒ Document not in PDF format. Provide disk/CD with document in PDF format.
- ❒ Document not readable in PDF reader , or ❒ appears to be missing pages.

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc:    Chief Judge Sleet                /s/ April Walker
                                        Deputy Clerk