IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARNETTE HANDY HALL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. A. No. 08-186 GMS-MPT |
| | : | |
| CITY OF WILMINGTON et al., | : | |
| | : | |
| Defendants. | : | |

ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION ABSENT TIMELY OBJECTION

This Order is issued upon consideration of the Report and Recommendation of United States Magistrate Judge Mary Pat Thynge issued on April 7, 2009, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been received.

Accordingly, IT IS this 27 day of May, 2009, by the United States District Court for the District of Delaware, ORDERED that:

1. Magistrate Judge Thynge's Report and Recommendation (D.I. 81) BE, and the same hereby IS, ADOPTED;

2. The plaintiff's Motion to Amend (D.I. 59) is GRANTED.

_____
CHIEF UNITED STATES DISTRICT JUDGE